# UNITED STATES DISTRICT COURT

| **Eastern** | District of | **California** |
|---|---|---|

RENEE WITRADO,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:10at0560


Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____


ENTER this ____30th____ day of _____July_____ , ___2010___ .


                        /s/ Dennis L. Beck
                      Signature of Judicial Officer

               Dennis L. Beck, U.S. Magistrate Judge
                      Name and Title of Judicial Officer